831 P.2d 1279

### STATE of Arizona, ex rel., Charles L. MILLER

v.

### TITLE USA INSURANCE AGENCY OF ARIZONA, INC. et al.

No. CV–91–0449–PR.

Supreme Court of Arizona.

June 16, 1992.

ORDERED: Petition for Review = DENIED, the Court agreeing with the result reached by the Court of Appeals.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 28(f), Arizona Rules of Civil Appellate Procedure, because the Court questions the validity of the Court of Appeals' numerous alternative harmless error analyses.

831 P.2d 1279

### STATE of Arizona, Appellee,

v.

### Roger WILLIAMS, Appellant.

No. CR–92–0074–PR.

Supreme Court of Arizona.

June 23, 1992.

### ORDER

The Petition for Review was considered by the Court on June 16, 1992. On consideration,

IT IS ORDERED that the Petition for Review is granted as to issue 2 and denied as to all other issues.

IT IS FURTHER ORDERED that the law firm of Meyer, Hendricks, Victor, Osborn & Maledon is appointed to represent Appellant in this matter.

IT IS FURTHER ORDERED that counsel shall brief the following issue: Was Appellant's sentence enhancement pursuant to A.R.S. § 13–604.01(K) proper when the statute permits enhancement for crimes "committed against" a child under the age of fifteen years, and the facts of this case may show a course of conduct not intended to cause injury to any person?

Counsel for Appellant shall file a brief, in accordance with Rule 14, Ariz.R.Civ.App. P., 17B A.R.S., directed to the foregoing issue on or before September 15, 1992. The State may file a response within forty-five days after Appellant's brief is filed.

IT IS FURTHER ORDERED that when the case is at issue, it will be set for oral argument.